UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE: DANIEL E MURPHY III  
AMANDA L MURPHY  
22222 ONTAGA  
FARMINGTON, MI 48336

Case No.: 05-47755-PJS  
Judge: PHILLIP J. SHEFFERLY

TRUSTEE'S FINAL ACCOUNTING AND REPORT AND PROOF OF SERVICE

DISCHARGED

SSN#1 - XXX-XX-9958  
SSN#2 - XXX-XX-5431

This Case was commenced on 03/14/2005

The Plan was Confirmed on 06/14/2005

The Case was concluded on 06/10/2008

Your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements, and are incorporated by reference in this report.

RECEIPTS: Amounts paid to the trustee by or for the Debtor for the benefit of creditors: $57,246.84

| DISBURSEMENTS TO CREDITORS CREDITOR NAME | CLASS | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---|---|---|---|---|
| AMERICAN EXPRESS | UNSECURED | 491.93 | 491.93 | 0.00 | 0.00 |
| AMERICU CREDIT UNION | UNSECURED | 1,038.14 | 1,038.14 | 0.00 | 0.00 |
| CENTENNIAL HEALTHCARE PROPERTY AM SCH D | SECURED | 0.00 | 0.00 | 0.00 | 0.00 |
| COUNTRYWIDE MORTGAGE | CURR MTG | 0.00 | 0.00 | 0.00 | 0.00 |
| DELL FINANCIAL SERVICES CRM/COMPUTER/TFC | SECURED | 500.00 | 500.00 | 28.16 | 0.00 |
| DISCOVER/NOVUS/GREENWOOD | UNSECURED | 7,079.16 | 7,079.16 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORP JCPENNEY | UNSECURED | 2,085.06 | 2,085.06 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORP JC PENNY/AMT? | UNSECURED | 1,033.22 | 1,033.22 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORP KEYBANK/ASSOCIATES | UNSECURED | 5,263.29 | 5,263.29 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORP TR FR MBNA | UNSECURED | 6,667.94 | 6,667.94 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORP SONY | UNSECURED | 5,086.63 | 5,086.63 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORP CRM/TR FR HOUSEHOLD | SECURED | 250.00 | 250.00 | 8.05 | 0.00 |
| ECAST SETTLEMENT CORP BANK ONE | UNSECURED | 5,966.07 | 5,966.07 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORP Split/TR FR HSBC | UNSECURED | 2,287.72 | 2,287.72 | 0.00 | 0.00 |
| FORD MOTOR CREDIT 03 MUSTANG | AUTOMOBILE | 16,166.32 | 0.00 | 0.00 | 0.00 |
| FORD MOTOR CREDIT 99 EXPLORER | AUTOMOBILE | 8,275.03 | 0.00 | 0.00 | 0.00 |
| FORD MOTOR CREDIT COMPANY NOA | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| HOUSEHOLD FINANCE/BENEFICIAL | UNSECURED | 4,226.61 | 4,226.61 | 0.00 | 0.00 |

| CASE NO: 05-47755-PJS | | DANIEL E MURPHY III and AMANDA L MURPHY | | | |
|---|---|---|---|---|---|
| DISBURSEMENTS TO CREDITORS<br>CREDITOR NAME | CLASS | AMOUNT<br>ALLOWED | AMOUNT PAID<br>PRINCIPAL | INTEREST | BALANCE<br>DUE |
| MORTGAGE LENDERS NETWORK<br>    NOA | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| MORTGAGE LENDERS NETWORK USA<br>    XFER CR ADDR CHG | CURR MTG | 0.00 | 0.00 | 0.00 | 0.00 |
| SCHEDULED UNSECURED CREDITOR<br>    SUNOCO | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| SCHEDULED UNSECURED CREDITOR<br>    CAPITAL ONE | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| SCHEDULED UNSECURED CREDITOR<br>    CITIFINANCIAL | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| SHERMAN ACQUISITION LLC<br>    SEARS | UNSECURED | 3,097.37 | 3,097.37 | 0.00 | 0.00 |
| SHERMAN ACQUISITION LLC<br>    BP/ASSOCIATES | UNSECURED | 1,106.87 | 1,106.87 | 0.00 | 0.00 |
| WELLS FARGO<br>    WELLS | UNSECURED | 1,057.06 | 1,057.06 | 0.00 | 0.00 |
| WELLS FARGO<br>    WELLS | UNSECURED | 692.48 | 692.48 | 0.00 | 0.00 |
| WELLS FARGO FINANCIAL<br>    MOD/BRUNSWICK | SECURED | 3,000.00 | 3,000.00 | 82.04 | 0.00 |
| DANIEL E MURPHY III | REFUND | 1,705.35 | 1,705.35 | | |

SUMMARY OF CLAIMS ALLOWED AND PAID

| | SECURED | PRIORITY | GENERAL | LATE | SPECIAL | TOTAL | |
|---|---|---|---|---|---|---|---|
| AMT. ALLOW | 28,191.35 | 0.00 | 47,179.55 | | 1,705.35 | 77,076.25 | TOTAL PAID |
| PRIN. PAID | 3,750.00 | 0.00 | 47,179.55 | | 1,705.35 | 52,634.90 | PRIN. AND INT. |
| INT. PAID | 118.25 | 0.00 | 0.00 | | | 118.25 | 52,753.15 |

OTHER DISBURSEMENTS UNDER ORDER OF COURT:
| DEBTORS' ATTORNEY | FEE ALLOWED | FEE PAID |
|---|---|---|
| FIREBAUGH & ANDREWS PLLC | 2,385.00 | 2,385.00 |

COURT COSTS AND OTHER EXPENSES OF ADMINISTRATION:

| FILING FEE<br>& DEPOSIT | TRUSTEE<br>EXP. & COMPENSATION<br>FUND | OTHER<br>COST | |
|---|---|---|---|
| 0.00 | 2,108.69 | 0.00 | 2,108.69 |

   WHEREFORE, your Petitioner prays that a Final Decree be entered discharging David Wm. Ruskin as Trustee and releasing David Wm. Ruskin and his surety from any and all liability on account of the within proceedings, and for such other and further relief as is just.

DATED: 06/26/2008

/s/ David Wm. Ruskin
David Wm. Ruskin

CASE NO: 05-47755-PJS　　　　　DANIEL E MURPHY III and AMANDA L MURPHY

## CERTIFICATE OF SERVICE

I hereby certify that on the date indicated below, a copy of this document was mailed to the following by First Class Mail:

DANIEL E MURPHY III
AMANDA L MURPHY
22222 ONTAGA
FARMINGTON, MI 48336

I hereby certify that on the date indicated below, a copy of this document was filed electronically with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Firebaugh & Andrews Pllc | United States Trustee |
| 38545 Ford Road #104 | 211 West Fort Street Ste 700 |
| Westland MI 48185 | Detroit MI 48226 |

DATED: June 26, 2008　　　　　/s/ Jayme L. Clark

Jayme L. Clark
Office of the Ch. 13 Standing Trustee - David Wm. Ruskin
26555 Evergreen Road
Suite 1100
Southfield, MI 48076
(248)352-7755

Page 3 of 3

05-47755-pjs    Doc 42    Filed 06/26/08    Entered 06/26/08 11:45:54    Page 3 of 3